UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBRA E. SEZNIK, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:20-CV-2574-B-BK |
| | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| DEFENDANT. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion, Doc. 31, is **GRANTED**. As such, Plaintiff's counsel is awarded $25,000.00 in attorney's fees, conditioned, however, upon counsel's immediate remittance to Plaintiff of the $4,457.86 EAJA fee award.

**SO ORDERED** this 9th day of August, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE